984

No. 123. LUCOM ET VIR. v. ATLANTIC NATIONAL BANK OF WEST PALM BEACH, *ante*, p. 898;

No. 243. BRENNAN v. SELLERS, *ante*, p. 828;

No. 437. COLORADO-UTE ELECTRIC ASSOCIATION, INC. v. WESTERN COLORADO POWER CO. ET AL., *ante*, p. 22;

No. 453. RUTH v. BLUE RIVER CONSTRUCTORS ET AL., *ante*, p. 920;

No. 593. KAHN v. UNITED STATES, *ante*, p. 948;

No. 594. SCHAWARTZBERG v. UNITED STATES, *ante*, p. 948;

No. 180, Misc. JONES v. UNITED STATES, *ante*, p. 936;

No. 288, Misc. BELK v. KENTUCKY, *ante*, p. 937;

No. 360, Misc. LITTLE v. UNITED STATES, *ante*, p. 878;

No. 445, Misc. DANIELS v. COOK BROADCASTING CO. ET AL., *ante*, p. 904;

No. 448, Misc. ANDREWS v. HOLMAN, WARDEN, *ante*, p. 937;

No. 466, Misc. NEWHOUSE v. CALIFORNIA, *ante*, p. 922;

No. 599, Misc. BEY ET AL. v. UNITED STATES, *ante*, p. 905;

No. 605, Misc. MACK v. MAXWELL, WARDEN, *ante*, p. 906;

No. 683, Misc. DARBY v. FLORIDA, *ante*, p. 896; and

No. 691, Misc. SAUNDERS v. REUSS, CLERK, ET AL., *ante*, p. 925. Petitions for rehearing denied.

DECEMBER 12, 1966.

No. 149. ADAY ET AL. v. UNITED STATES. C. A. 6th Cir. Motion of Citizens for Decent Literature, Inc., for leave to file a brief, as *amicus curiae*, granted. *Charles H. Keating, Jr.*, and *James J. Clancy* on the motion.